UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:19-CV-14112-ROSENBERG/MAYNARD

WENDY DONNELLY,

    Plaintiff,

v.

WAL-MART STORES EAST LP,

    Defendant.

_____

# FINAL JUDGMENT

**THIS MATTER** came before the Court on its Order Granting Defendant's Motion for Summary Judgment [DE 94]. It is **ORDERED AND ADJUDGED**:

1. Consistent with the Order Granting Defendant's Motion for Summary Judgment [DE 94], the Plaintiff, Wendy Donnelly, shall take nothing from the Defendant, Wal-Mart Stores East LP, and Defendant shall go hence without day. **FINAL JUDGMENT IS HEREBY ENTERED IN FAVOR OF THE DEFENDANT.**

2. The Court reserves jurisdiction to determine fees and costs.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 20th day of February, 2020.

                                                _____
                                                **ROBIN L. ROSENBERG**
                                                **UNITED STATES DISTRICT JUDGE**

cc: counsel of record