UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 19-CV-14112-ROSENBERG/MAYNARD

WENDY DONNELLY,

    Plaintiff,
v.

WAL-MART STORES EAST LP.,

    Defendant.
_____/

## NOTICE OF APPEAL

NOTICE IS GIVEN that Plaintiff, WENDY DONNELLY, appeals to the United States Court of Appeals for the Eleventh Circuit the following:

1. Order Granting Defendant's Motion for Summary Judgment [DE 94] dated February 12, 2020;

2. The above order was rendered final and appealable by the Final Judgment [DE 95] dated February 20, 2020, which Judgment is also appealed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on March 17, 2020. I also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

                                        Respectfully submitted,

       **Philip D. Parrish, P.A.**
*Co-counsel for Plaintiff*
7301 SW 57th Court, Suite 430
Miami, Florida 33143
Tel. 305-670-5550/Fax: 305 670-5552
Email: phil@parrishappeals.com
       betty@parrishappeals.com

By:   */s/ Philip D. Parrish*
    Philip D. Parrish
    Florida Bar No. 0541877

## SERVICE LIST

Jerry D. Hamilton, Esq.
jhamilton@hamiltonmillerlaw.com
William H. Edwards, Esq.
wedwards@hamiltonmillerlaw.com
Annalisa Gutierrez, Esq.
agutierrez@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200
Miami, FL  33131-2332
Tel. 305-379-3686
Fax 305-379-3690
*Counsel for Wal-Mart Stores East LP*

Frank Digiacomo, Esq.
frankd@digiacomolawoffice.net
pleadings@digiacomolawoffice.net
LAW OFFICE OF FRANK DIGIACOMO
529 S.E. Palm Beach Road, Suite 101
Stuart, FL  34994
Tel. 772-287-0609
*Counsel for Plaintiff*

Frank D. Butler, Esq.
fdblawfirm@aol.com
James S. Curtis, Esq.
jcurtis@fightingforfamilies.com
FRANK D. BUTLER, P.A.
10550 US Hwy 19 North
Pinellas Park, FL  33782
Tel. 727-399-2222
Fax 727-399-2202
Savannah@fightingforfamilies.com
*Counsel for Plaintiff*